*Ples 1st Amendmt*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001

Anno Domini 7-1-2005
Craig T

Anno Domini 7.1.2005
The Honorable Judge Henry H. Kennedy

CRAIG (NO LAST NAME),
DISABLED INDIVIDUAL, SSN 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
1400 20TH STREET NW, APT. 816
WASHINGTON, DC 20036-5906
TEL: 202-248-7077
    Plaintiff below,



vs.

CASE NUMBER 1:05CV01405

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/14/2005

FILED
JUL 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEPHEN W. PETERSON, M. D.
CHAIRMAN, PSYCHIATRY
WASHINGTON HOSPITAL CENTER
110 IRVING STREET NW
WASHINGTON, DC 20010
TEL: 202-877-7424
    Defendant below,

**COMPLAINT**

*Ples Americans With Disabilities Act*

1

## COMPLAINT

Comes now the Plaintiff, CRAIG (NO LAST NAME), a disabled individual, who herein alleges, states, and provides the following:

1. The Defendant has, in the past, shown toward the Plaintiff depraved indifference and caused him repeatedly life-threatening vaso-vago syncope.

2. On a past occasion in May 2005, the Defendant showed a lack of self-control in an exchange with the Plaintiff that resulted in verbal expletives and caused the Plaintiff the life-threatening vaso-vagal syncope within the context of Post Traumatic Stress Disorder, the Plaintiff's disability. The Plaintiff and the Defendant later resolved the incident between themselves amicably.

3. On June 28, 2005, the Plaintiff informed the Defendant, his mental health care giver at the time, that he had filed a civil action against one Michelle Marsh and the DC Department of Mental Health in the civil action Craig vs. Marsh and DC Department of Mental Health before this honorable Court. The Defendant, in retaliation against the Plaintiff for his action, announced that he would no longer provide the Plaintiff with mental health care services, including life-essential disability prescription medications that ran out on June 25, 2005, thereby leaving the Plaintiff in a helpless state without essential medications needed for his disability, Post Traumatic Stress Disorder.

# WHEREFORE, the undersigned Plaintiff, CRAIG (NO LAST NAME), now prays

4. That this Court hear this case before a jury.

5. That this Court award the Plaintiff relief in the amount of three billion dollars ($3,000,000,000) under the provisions of the Rehabilitation Act.

6. That this Court uphold the Plaintiff's civil and Constitutional rights.

7. That this Court appoint for the Plaintiff an attorney for representation in this case according to the provisions of the Americans with Disabilities Act of 1990.

Respectfully submitted,

**CRAIG (NO LAST NAME)**
**1400 20TH STREET NW**
**APT. 816**
**WASHINGTON, DC 20036-5906**
*pro se in forma pauperis*

Craig; Michael
5/17/05

Top Secret

Anno Domini
5-13-2005
Craig of
Saint Elizabeth of
Charles

Washington Hospital Center

**Washington Hospital Center**
MedStar Health

Stephen W. Peterson, MD
Chairman

**Psychiatry**
110 Irving Street, NW
Washington, DC 20010-2975
phone: 202 877 7424
fax: 202 877 7552
e mail: stephen.w.peterson@medstar.net

5/13/05

To the Honorable

Dear CRAIG NO LAST NAME,

I stephen apologize for offending you the other day when I used The word bullshit when we were on the phone. I hope you will accept this well intentioned letter & we continue to work together.

Craig -vs- Dr. Peterson
Exhibit

Sincerely,
Steve Peterson
The Honorable Chairman

05 1405
FILED
JUL 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Also I apologize for the loudness of my voice which seemed to set off the vasovagal syncope you suffer with in the context of your Post Traumatic Stress Disorder & emotional disability The Americans With Disabilities Act

Exhibit

MedStar Health
Trinity Square, 216 Michigan Avenue, NE, 2nd Floor, Washington, DC 20017