IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001

Anno Domini 7.1.2005
The Honorable Judge Henry H. Kennedy

FILED
JUL 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRAIG (NO LAST NAME),
DISABLED INDIVIDUAL, SSN 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
1400 20TH STREET NW, APT. 816
WASHINGTON, DC 20036-5906
TEL: 202-248-7077
    Plaintiff below,



vs.

CASE NUMBER 1:05CV01405

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/14/2005

STEPHEN W. PETERSON, M. D.
CHAIRMAN, PSYCHIATRY
WASHINGTON HOSPITAL CENTER
110 IRVING STREET NW
WASHINGTON, DC 20010
TEL: 202-877-7424
    Defendant below,

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now the Plaintiff, CRAIG (NO LAST NAME), a disabled individual, who herein alleges, states, and provides the following:

1. On June 28, 2005, the Plaintiff informed the Defendant, his mental health care giver at the time, that he had filed a civil action against one Michelle Marsh and the DC Department of Mental Health in the civil action Craig vs. Marsh and DC Department of Mental Health before

1

this honorable Court. The Defendant, in retaliation against the Plaintiff for his action, announced that he would no longer provide the Plaintiff with mental health care services, including life-essential disability prescription medications that ran out on June 25, 2005, thereby leaving the Plaintiff in a helpless state without essential medications needed for his disability, Post Traumatic Stress Disorder.

2. The Defendant has, in the past, shown toward the Plaintiff depraved indifference and caused him repeatedly life-threatening vaso-vago syncope. The actions of the Defendant clearly violate the provisions of the Americans with Disabilities Act of 1990 regarding acts of retaliation as well as the Rehabilitation Act of 1975, the DC Human Rights Act of 1977.

## WHEREFORE, the undersigned Plaintiff, CRAIG (NO LAST NAME), now prays

3. That this Court issue on behalf of the Plaintiff a temporary restraining order against the Defendant preventing him from denying the Plaintiff essential medical treatment.

Respectfully submitted,

*Craig*

**CRAIG (NO LAST NAME)
1400 20TH STREET NW
APT. 816
WASHINGTON, DC 20036-5906**
*pro se in forma pauperis*

## Transcript from tape

Craig: First of all, I guess this a compliment. I've been here now waiting all day. You're worth the wait. I truly believe you are the best psychiatrist I've ever had, but there is still a great deal about you that confuses me, which I won't worry about now, but I will do this…

Steve: What confuses you?

Craig: Why you will not protect me from the people who work for you who cause me harm. That confuses me. And as a result, I was forced to go to court against Michelle. I gave Trent his copy. This is your copy, to the honorable Dr. Peterson, it has the fact that I'm disabled, it has a little bit of my history that you've never read, how I've been put through all the tests to determine that I'm not psychotic, schizophrenic, or paranoid, that I am Post Traumatic Stress Disorder, and I wanted you to, to, I don't know what adjective to use, to understand. I believe this is a miracle. G-d has given me the gift that I can tell what is wrong within psychiatric medicine without hurting anyone 'cause, you see, I am suing Michelle and the DC Department of Mental Health, all based on the fact that she dared to say to me that she had – well, I mean much more than two years she's been at me ~~in tears~~.

Craig (No Last Name)
1400 20th St. NW, Apt 816
Washington, DC 20036-5995

I, Craig Claims
It Is Too Painful For Me
To Listen To More Of This Tape

Exhibit #?

05 1405

FILED
JUL 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT