UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig,                                )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )   Civil Action No.  **05 1405**
                                      )
Stephen W. Peterson, M.D.,            )
                                      )
        Defendant.                    )

ORDER

Upon consideration of plaintiff's motion for a temporary restraining order and the complaint, it is this _22__ day of July 2005,

ORDERED that the Clerk shall FORTHWITH serve a copy of the motion and the complaint upon defendant; and it is

FURTHER ORDERED that within five (5) days of his receipt of this Order, defendant shall, pursuant to LcvR 65.1., file with the Court and serve upon plaintiff his opposition to the TRO motion.

_____
United States District Judge