UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CRAIG (NO LAST NAME) | : |
| Plaintiff | : Case No. 05-1405PLF |
| | : Judge Paul L. Friedman |
| v. | : |
| STEPHEN W. PETERSON, M.D. | : |
| Defendant | : |

## MOTION TO DISMISS

COMES NOW the Defendant Stephen W. Peterson, M.D. by and through his attorneys, Gregory S. McKee and Wharton Levin Ehrmantraut & Klein, P.A., hereby files the instant Motion to Dismiss. In support thereof, this Defendant states:

1.	On or about July 14, 2005, Plaintiff, acting *Pro Se*, filed the instant Complaint in the United States District Court for the District of Columbia alleging general acts of negligence which seem to encompass acts of abandonment on the part of this Defendant.

2.	Pursuant to Federal Rule Civil Procedure 8(a), the Plaintiff is required to file a brief statement which states the grounds upon which the Court's jurisdiction depends.

3.	Plaintiff has failed to appropriately identify any act and/or omission which would vest the United States District Court for the District of Columbia with proper jurisdiction over the subject matter and/or person.

4.	Plaintiff's failure to appropriately plead the jurisdictional allegations is a fatal error and, as such, the Defendant respectfully requests this Court dismiss the Plaintiff's complaint.

WHEREFORE, for the foregoing reasons, this Defendant respectfully requests this Honorable Court dismiss the Plaintiff's complaint.

                                                Respectfully submitted,

                                                _____
                                                Gregory S. McKee, Esquire
                                                Wharton, Levin, Ehrmantraut
                                                    & Klein, P.A.
                                                P.O. Box 551
                                                104 West Street
                                                Annapolis, MD 21404-0551
                                                (410) 263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2005, a copy of the foregoing Defendant Stephen W. Peterson, M.D.'s Motion to Dismiss was mailed, first class, postage prepaid, to:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906
*Pro Se Plaintiff*

                                                _____
                                                Gregory S. McKee, Esq.

## POINTS AND AUTHORITIES IN SUPPORT OF
## DEFENDANTS MOTION TO DISMISS

1.     Federal Rule Civil Procedure 8(a)

2.     Federal Rule Civil Procedure 12(b)

3.     The inherent powers of this Court.

                                                _____
                                                Gregory S. McKee, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CRAIG (NO LAST NAME) : | |
| : | |
| Plaintiff : | Case No. 05-1405PLF |
| : | Judge Paul L. Friedman |
| v. : | |
| : | |
| STEPHEN W. PETERSON, M.D. : | |
| : | |
| Defendant : | |
| : | |

## ORDER

Upon Consideration of the Defendant Stephen W. Peterson, M.D.'s Motion to Dismiss, and any opposition thereto and the entire record herein, it is therefore this

_____ day of _____, 2005, in the United States District Court for the District of Columbia

ORDERED, that the Defendant's Motion to Dismiss be and the same is hereby GRANTED; and it is further

ORDERED, that the Plaintiff's Complaint be DISMISSED.

_____
Judge Paul L. Friedman

Copies Sent By Court To:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906

Gregory S. McKee, Esquire
Wharton, Levin, Ehrmantraut & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551

::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:167828.1