UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CRAIG (NO LAST NAME)         :
                             :
    Plaintiff            :  Case No.  05-1405PLF
                             :  Judge Paul L. Friedman
v.                           :
                             :
STEPHEN W. PETERSON, M.D.    :
                             :
    Defendant            :
                             :

**DEFENDANT STEPHEN W. PETERSON, M.D.'S OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

    Comes now the Defendant Stephen W. Peterson, M.D. by and through undersigned counsel and pursuant to the rules of this Court, hereby files the instant Opposition to the Plaintiff's Motion for Temporary Restraining Order.  In support thereof, this Defendant states:

1.    On or about July 14, 2005, Plaintiff, acting pro se, filed the instant Complaint in the United States District Court for the District of Columbia, alleging general acts of negligence which seemed to encompass acts of abandonment on the part of this Defendant.

2.    The Plaintiff has filed a Motion for Temporary Restraining Order which seemingly purports to compel the Defendant to prescribe medication for the Plaintiff's psychiatric condition.

3.    The Plaintiff has failed to allege sufficient facts in support of his Motion for Temporary Restraining Order.  Furthermore, this Plaintiff is seeking relief not consistent with the relief ordinarily provided by such an Order of Court.  Finally, the

few factual contentions complained of in the Plaintiff's Motion for Temporary Restraining Order are factually inaccurate.

4.   The Plaintiff has failed to comply with the requirements set forth by the Federal Rules of Civil Procedure in filing this Motion and otherwise seeking relief from this Court.  Furthermore, the Plaintiff is seeking relief outside of the scope of the aforementioned rule.

WHEREFORE, for the foregoing reasons, the Defendant Stephen W. Peterson, M.D. by and through undersigned counsel respectfully requests that this Court deny Plaintiff's Motion for Temporary Restraining Order.

Respectfully submitted,

_____
Gregory S. McKee, Esquire
Wharton, Levin, Ehrmantraut
  & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551
(410) 263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2005, a copy of the foregoing Defendant Stephen W. Peterson, M.D.'s Motion to Dismiss was mailed, first class, postage prepaid, to:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906
*Pro Se Plaintiff*

_____
Gregory S. McKee, Esq.

**POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANTS OPPOSITION
TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

1. Federal Rule of Civil Procedure 7(b)

2. The inherent powers of this Court.

_____
Gregory S. McKee, Esq.

::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:168092.1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| CRAIG (NO LAST NAME) | : |
| Plaintiff | : Case No. 05-1405PLF |
| | : Judge Paul L. Friedman |
| v. | : |
| STEPHEN W. PETERSON, M.D. | : |
| Defendant | : |

**ORDER**

Upon Consideration of the Plaintiff's Motion for Temporary Restraining Order, the Opposition hereto and the entire record herein, it is therefore this _____ day of _____, 2005, in the United States District Court for the District of Columbia

**ORDERED**, that the Plaintiff's Motion for Temporary Restraining Order be and the same is hereby **DENIED**; and it is further

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Paul L. Friedman

Copies Sent By Court To:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906

Gregory S. McKee, Esquire
Wharton, Levin, Ehrmantraut & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551