UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
CRAIG,                                )
                                      )
       Plaintiff,                     )
                                      )
   v.                                 )    Civil Action No. 05-1405 (PLF)
                                      )
STEPHEN W. PETERSON, M.D.,            )
                                      )
       Defendant.                     )
_____)

ORDER

      Having reviewed plaintiff's *pro se* complaint, his motion for a temporary restraining order, and defendant's motion to dismiss, it is by the Court hereby

      ORDERED that a ruling on plaintiff's motion for a temporary restraining order [Dkt. #3] is STAYED, and it is further

      ORDERED that defendant's motion to dismiss [Dkt. #6] is DENIED without prejudice, and it is further

      ORDERED that, pursuant to Local Civil Rule 83.11, the Clerk of Court shall appoint counsel to represent plaintiff in this matter.

      SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 12, 2005