**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| CRAIG (NO LAST NAME) | : |
| Plaintiff | : Case No. 05-1405PLF |
| | : Judge Paul L. Friedman |
| v. | : |
| STEPHEN W. PETERSON, M.D. | : |
| Defendant | : |
| ............................................................ | : |
| STEPHEN W. PETERSON, M.D. | : |
| Plaintiff/Counter Defendant | : |
| v. | : |
| CRAIG (NO LAST NAME) | : |
| Defendant/Counter Defendant | : |

**COUNTERCLAIM OF STEPHEN W. PETERSON, M.D.**
**AGAINST CRAIG (NO LAST NAME)**

COMES NOW the Defendant/Counter Plaintiff Stephen W. Peterson, M.D. by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 13A, hereby files this Counterclaim against the Plaintiff/Counter Defendant Craig (No Last Name). In support of this claim, Defendant/Counter Plaintiff Stephen W. Peterson, M.D. sates as follows:

1.   This Court has jurisdiction in this matter pursuant to the claims raised by the Plaintiff in the initial Complaint as well as 28 USC §1332. In his initial Complaint, the Plaintiff is raising claims based upon the Americans With Disabilities Act of 1990.

Additionally, the matter in controversy exceeds, exclusive interest in costs, the sum specified by 28 USC §1332.

2. Plaintiff has put forth in his Complaint allegations that this Defendant acted with depraved in difference and caused him repeatedly life threatening vaso vago syncope.

3. Plaintiff also alleges in his Complaint that the Defendant intentionally withheld life saving disability prescription medication and intentionally left the Plaintiff in a helpless state to deal with his mental disorder.

## COUNT I
## DEFAMATION

4. Defendant/Counter Plaintiff re-alleges and incorporates herein all the above allegations included in Paragraph 1 through 3 as if fully set forth herein.

5. The Plaintiff/Counter Defendant's malicious statements and allegations contained both in the Complaint and during the time referenced in the Plaintiff/Counter Defendant's initial Complaint against Dr. Peterson were knowingly false and defamatory. Further, that these false and defamatory statements and allegations by the Plaintiff/Counter Defendant were all communicated to persons other than Dr. Peterson, whereby such statements and allegations have damaged Dr. Peterson's reputation and credibility in the community and among the medical profession.

6. The aforesaid acts and allegations by the Plaintiff/Counter Defendant, by their very nature, are highly likely to cause pecuniary harm and a disgraced reputation to Dr. Peterson in the general community and the medical profession. The Plaintiff/Counter Defendant's allegations set forth in his Complaint, as well as his malicious and slanderous accusations at all times relevant hereto, as outlined in the Plaintiff/Counter Defendant's initial Complaint, directly and adversely reflect on Dr.

Peterson's fitness to conduct his profession and business as a licensed practicing physician.

7.     These intentional malicious acts on the part of the Plaintiff/Counter Defendant further caused pecuniary harm by severely tarnishing Dr. Peterson's reputation as a physician practicing within the Washington Metropolitan area.

8.     As a direct result of Craig (No Last Name)'s actions, Dr. Peterson has suffered irreversible damage to his reputation as a physician as well as an immense humiliation, embarrassment and loss of dignity within the medical profession and general community.

   WHEREFORE, Defendant/Counter Plaintiff, Stephen W. Peterson, M.D. demands judgment against the Plaintiff/Counter Defendant, Craig (No Last Name) for compensatory and punitive damages in an amount in excess of the jurisdictional requirements set forth by 28 USC §1332 and other such relief as the Court deems appropriate.

## COUNT II
## PUNITIVE DAMAGES

9.     Defendant/Counter Plaintiff re-alleges and incorporates herein all of the above allegations including Paragraphs 1 through 8 as if fully set forth herein.

10.    Craig (No Last Name)'s aforesaid actions as well as his willful and wanton conduct were outrageous, malicious and reckless.

11.    Craig (No Last Name)'s behavior constitutes a reckless and outrageous disregard for Dr. Peterson's rights, reputation, safety and well being.

12.    As a direct result of the willful, reckless and outrageous actions on the part of

the Plaintiff/Counter Defendant, Dr. Peterson has suffered and still suffers from immense humiliation, embarrassment and the loss of dignity in the general community as well as the medical profession and irreversible damage to his reputation as a physician in the Washington Metropolitan area.

WHEREFORE, the Defendant/Counter Plaintiff, Stephen W. Peterson, M.D. prays for judgment against the Plaintiff/Counter Defendant, Craig (No Last Name), for punitive damages in an amount in excess of the jurisdictional limits specified by 28 USC §1332 and other such relief as the Court deems appropriate.

Respectfully submitted,

/S/
_____
Gregory S. McKee, Esquire #470474
Wharton, Levin, Ehrmantraut
 & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551
410-263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2005, a copy of the foregoing was mailed, first class, postage prepaid to:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906

/S/
_____
Gregory S. McKee

::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:167831.1