## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CRAIG (NO LAST NAME) | : |
| Plaintiff | : Case No. 05-1405PLF |
| | : Judge Paul L. Friedman |
| v. | : |
| STEPHEN W. PETERSON, M.D. | : |
| Defendant | : |

### ANSWER TO COMPLAINT

COMES NOW the Defendant Stephen W. Peterson, M.D. by and through his attorneys Gregory S. McKee and Wharton Levin Ehrmantraut and Klein, P.A., hereby responds to the allegations set forth in the complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The claims asserted in the Complaint are barred by the statute of limitations.

### THIRD DEFENSE

The claims asserted by the Plaintiff are barred because of the contributory negligence and/or assumption of risk by the Plaintiff.

### FOURTH DEFENSE

At all applicable times hereto, the Defendant complied with the standards of care of a reasonably competent health care provider under the same or similar circumstances.

## FIFTH DEFENSE

The injuries/damages complained of by the Plaintiff, if any, are the result of acts or omissions of others for which this Defendant cannot be held legally responsible.

## SIXTH DEFENSE

As to each and every claim for damages, the Defendant alleges that the damages, if any, are the result of naturally occurring medical processes for which this Defendant cannot be held legally responsible.

## SEVENTH DEFENSE

In response to the individually numbered paragraphs of the Complaint, this Defendant responds as follows:

1. This Defendant denies the allegations contained in Paragraph 1.

2. This Defendant denies the allegations contained in Paragraph 2.

3. With regard to Paragraph 3, this Defendant is without sufficient information to ascertain whether Plaintiff has ever filed a civil action and therefore denies same and demands strict proof thereof.  This Defendant denies the remainder of the allegations and statements contained in Paragraph 3.

This Defendant incorporates by reference the responses and answers set forth and contained in Paragraphs 1 through 3 as if contained in their entirety herein.

4. Paragraphs 4 through 7 are requests for relief by the Plaintiff and do not require response pursuant to the law of the United States District Court for the District of

Columbia. However, if a response is deemed to be required, this Defendant denies all the allegations set forth in Paragraphs 4 through 7 collectively.

Respectfully submitted,

/S/

_____
Gregory S. McKee, Esquire
Wharton, Levin, Ehrmantraut
 & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551
(410) 263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2005, a copy of the foregoing Defendant Stephen W. Peterson, M.D.'s Answer to the Complaint was mailed, first class, postage prepaid, to:

Craig (NO LAST NAME)
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036-5906
*Pro Se Plaintiff*

/S/

_____
Gregory S. McKee, Esq.

::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:167814.1