UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CRAIG (NO LAST NAME),

                Plaintiff,        Civil Action No. 05-1405 (PLF)

    v.

STEPHEN W. PETERSON, M.D.

                Defendant.

### NOTICE OF WITHDRAWAL

    The undersigned, appointed counsel in the above-captioned case, hereby gives notice of withdrawal of representation of Craig (No Last Name), pursuant to Local Civil Rule 83.11(b)(6) sections (aa), (bb), or (cc).

                Respectfully submitted,

                _____
                Robert D. Dinerstein, Esq.*
                Bar # 373443
                Director, Disability Rights Law Clinic
                American University, Washington College of Law
                4801 Massachusetts Ave., N.W.
                Room 460
                Washington, D.C. 20016

* Counsel acknowledges the able assistance of Ana Gonzalez-Hart and Michelle Fenster in preparation of this Notice and the investigation of this matter.