## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of October, 2005, I mailed the attached Notice of Withdrawal, first class, postage pre-paid, to the following:

Craig (No Last Name)  
1400 20th Street, N.W.  
Apt. 816  
Washington, DC 20036-5906

M.L. Sedgewick, Staff Attorney  
United States District Court for the District of Columbia  
333 Constitution Avenue, N.W.  
Washington, DC 20001

/S/

_____  
Robert D. Dinerstein