CRAIG (NO LAST NAME)  :  THE U.S. DISTRICT COURT FOR

vs.  :  THE DISTRICT OF COLUMBIA

STEPHEN W. PETERSON  :

05-1405PLF

## CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION DUCES TECUM AND CERTIFICATE OF NOTIFICATION

I hereby certify that on **OCT 1 8 2005**, a copy of this Certificate of Service of Notice of Deposition Duces Tecum and Certificate of Notification was mailed to:

Craig Lundien, Pro Se
1400 20th Street, N.W.
Apt. 816
Washington, DC 20036

I also certify that I have retained the original Notice of Deposition Duces Tecum and a copy of the Certificate of Service.

*[signature]*
Andrew E. Vernick, Esquire
Wharton, Levin Ehrmantraut & Klein, P.A.
104 West Street, P.O. Box 551
Annapolis, MD 21404
(410) 263-5900

Counsel for the Defendant

Order No. **01-19287**