For the reasons stated herein, the Court concludes that the complaint fails to state a claim upon which relief can be granted.  Accordingly, the Court will dismiss this action.  An