UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CRAIG (NO LAST NAME), | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1405 (PLF) |
| STEPHEN W. PETERSON, M.D., | ) |
| Defendant. | ) |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for a temporary restraining order [Dkt. #3] is DENIED as moot, and it is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: October 26, 2005